UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                    Criminal No. 10-cr-148-01-JL

<u>Edgar Feliciano</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 11) filed by defendant is granted; Final Pretrial is rescheduled to December 21, 2010 at 11:00 AM; Trial is continued to the two-week period beginning January 4, 2011, 9:30 AM.

    Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                             /s/ Joe Laplante
                                          _____
                                          Joseph N. Laplante
                                          United States District Judge

Date: November 15, 2010

cc: Terry Ollila, Esq.
    Robert Carey, Esq.
    U.S. Marshal
    U.S. Probation